

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00623-CV

Rene **ESTRADA**,
Appellant

v.

**LEGACY HOME HEALTH INC.** and Legacy Home Care Services, Inc. D/B/A All Seasons
Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable Monique Diaz, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice

Delivered and Filed: December 17, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due October 21, 2025, and was not filed. On November 17,

2025, we ordered appellant to file, by December 1, 2025: (1) the appellant's brief; and (2) a written

response reasonably explaining appellant's failure to timely file a brief. In our order, we cautioned

the appellant that failure to timely file a brief and written response would result in dismissal of this

appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant has not filed a brief or otherwise responded to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*; TEX. R. APP. P. 42.3(b).

PER CURIAM